# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TOMMY F. HAMILTON**                                                                               **PETITIONER**

VS.                   NO. 4:22-CV-00631-JM-ERE

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                 **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED with prejudice.

DATED this 20th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE